KATHRYN E. VAN HOUTEN (SBN 143402)
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 920
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

Attorneys for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
AUG 28 2014
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SARO DORIAN, AK SARSHEKANY SARO MOUSAPOUR<br><br>Defendant. | Case No.: CV 13-04961-GHK(ASx)<br><br>[PROPOSED] ORDER TO SHOW CAUSE RE: CONTEMPT FOR FAILURE TO APPEAR AT JUDGMENT DEBTORS EXAMINATION<br><br>Date: September 15, 2014<br>Time: 9:30 a.m.<br>Ctrm: 650 Judge George H. King |

Judgment debtor **SARO DORIAN, AK SARSHEKANY SARO MOUSAPOUR** IS HEREBY ORDERED to Show Cause why he/she should not be found in civil contempt based upon his/her non-appearance at his/her Debtor Examinations as Ordered on March 4, 2014 and July 8, 2014. **A hearing on the Order to Show Cause shall take place before Chief District Judge George H. King on _Oct. 15_, 2014 at 9:30 a.m., in Courtroom 650, Roybal Federal Building, 255 E. Temple Street, Los Angeles, California 90012.** If judgment debtor objects to being held in civil contempt, he/she shall file a legal memorandum of points and authorities containing his/her objections no later than _Oct. 1, 2014_, and judgment creditor Government may file a reply no later than _Oct. 8, 2014_.

1

1  Judgment creditor shall promptly **personally serve** this Order on
2  judgment debtor SARO DORIAN, AK SARSHEKANY SARO MOUSAPOUR,
3  and shall file proof of such service no later than ___Sept. 19, 2014___.
4  DATED: 8/28/14

_____
George H. King
CHIEF UNITED STATES DISTRICT JUDGE